**94–1333.** State ex rel. Tubbs Jones v. Sciulli. *Cuyahoga County,* No. 66736. This cause is pending before the court as an appeal from the Court of Appeals for Cuyahoga County. Upon consideration of the joint application for dismissal,

IT IS ORDERED by the court that the application be, and the same is hereby, granted, effective August 24, 1994.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

IT IS FURTHER ORDERED that the appellee recover from the appellant its costs herein expended; that a mandate be sent to the Court of Appeals for Cuyahoga County to carry this judgment into execution; and that a copy of this entry be certified to the Clerk of the Court of Appeals for Cuyahoga County for entry.

**94–1372.** State ex rel. Jones v. Wilkinson. *Ross County,* No. 93CA1956. This cause is pending before the court as an appeal from the Court of Appeals for Ross County. On July 8, 1994, the record was filed in the Supreme Court. It appears from the records of this court that appellant has not filed a merit brief and supplement to the brief in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is, dismissed *sua sponte,* effective August 24, 1994.

IT IS FURTHER ORDERED that the appellees recover from the appellant their costs herein expended; that a mandate be sent to the Court of Appeals for Ross County to carry this judgment into execution; and that a copy of this entry be certified to the Clerk of the Court of Appeals for Ross County for entry.

**94–1486.** State ex rel. James v. Indus. Comm. *Franklin County,* No. 93APD03–429. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of appellant's application for dismissal,

IT IS ORDERED by the court that the application be, and the same is hereby, granted, effective August 26, 1994.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

**94–1581.** State ex rel. Khune v. Olive Twp. Bd. of Trustees. In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus. Upon consideration of respondents' answer and motion to dismiss,

IT IS ORDERED by the court that this cause be, and hereby is, dismissed as moot, effective August 26, 1994.

**94–1588.** State v. Downey. *Hamilton County,* No. C–930661. Appellant has filed an untimely appeal from the court of appeals' decision entered on June 10, 1994. In that appellant has failed to perfect an appeal pursuant to S.Ct.Prac.R. II(2)(A)(1),

IT IS ORDERED by the court, *sua sponte,* that this case be, and hereby is, dismissed for lack of jurisdiction, effective August 19, 1994.

**94–1728.** State ex rel. Aleman v. Gerken. In Procedendo. This cause originated in this court on the filing of a complaint for a writ of procedendo. Upon consideration of relator's application for dismissal,

IT IS ORDERED by the court that said application be, and the same is hereby, granted, effective August 24, 1994.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.